PROB 22
(Rev. 2/88)

**TRANSFER OF JURISDICTION**

FILED CLERK
10 JUN -2 PM 4:07

DOCKET NUMBER *(Tran. Court)*
06-CR-524-003

DOCKET NUMBER *(Rec. Court)*
CR 10 446

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Ryan Campbell<br>2054 Pacific Avenue<br>Brooklyn, New York 11233 | New Jersey | Trenton |

IRIZARRY, J.

NAME OF SENTENCING JUDGE

The Honorable Anne E. Thompson, Sr. U.S. District Judge

DATES OF PROBATION/SUPERVISED RELEASE: FROM 06/19/08 TO 06/18/11

POLLAK, M.J.

OFFENSE

Possession of a firearm by a convicted felon

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE New Jersey

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of New York upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

5/13/10
Date

/s/ Anne E. Thompson
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Eastern District of New York

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____
Effective Date

_____
United States District Judge

UNITED STATES DISTRICT COURT
PROBATION OFFICE
DISTRICT OF NEW JERSEY

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

**MICHAEL A. McLEAN**
SUPERVISING U.S. PROBATION OFFICER

**JOHN A. SKORUPA**
SUPERVISING U.S. PROBATION OFFICER

May 20, 2010

10 JUN -2 PM 4: 07

109 U.S. COURTHOUSE
402 EAST STATE ST.
TRENTON, NJ 08608
(609) 989-2071
FAX: (609) 989-2367
www.njp.uscourts.gov

Anthony Garoppolo, Chief
U.S. Probation Officer
United States Probation
75 Clinton Street
Brooklyn, New York 11201

Attention: Lisa Famularo
U.S. Probation Officer

Re: Ryan Campbell
Dkt. # 06-524-003

CR 10 - 446
IRIZARRY, J.
POLLAK, M.J

TRANSFER OF JURISDICTION

Dear Chief :

Your office has been supervising **Ryan Campbell** for the District of New Jersey due to his residence in **2054 Pacific Avenue, Brooklyn, NY 11233.** Your inquiry regarding transfer of jurisdiction was posed to The Honorable Sr. Judge Anne E. Thompson, and the Court agreed to the transfer.

As a result, the enclosed Probation Form 22 has been signed and now needs to be assigned to a Judge in your district. Please obtain the signature of the Judge assigned to this matter and return the form to this office. We will then forward the supervision file and send the Form 22 to the Court Clerk for processing.

*We note that there is an outstanding fine in this case. By copy of this letter we are notifying the Financial Litigation Unit of our U.S. Attorney's Office of the transfer.*

Thank you again for your assistance with this case.

Very truly yours,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

Michael A. McLean
Supervising U.S. Probation Officer

MAM/jlc

cc:   Diane Cohen, Supervisory Paralegal
      Financial Litigation Unit, U.S. Attorney's Office
      970 Broad Street
      Newark, N.J. 07102

Enclosure

**MEMORANDUM**
**TO MARC BROWN**
Administrative Supervisor
U.S. Clerk's Office
Eastern District of New York

FILED
CLERK
10 JUN -2 PM 4:07

CR 10 - 446

IRIZARRY, J
POLLAK, M.J

RE: Campbell, Ryan
DOCKET #: 06-00871-
**REQUEST FOR ACCEPTANCE**
**OF TRANSFER OF JURISDICTION**

On January 29, 2007, following a guilty plea to a single-count information for Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. § 922(g), the above-noted offender was sentenced in the District of New Jersey by the Honorable Anne E. Thompson to forty months in custody, followed by three years of supervised release. Due to his residence in Brooklyn, New York, on June 19, 2008, the offender commenced his supervision in the Eastern District of New York.

On May 13, 2010, the Honorable Anne E. Thompson authorized an order to transfer jurisdiction to the Eastern District of New York (EDNY). In light of the aforementioned, pursuant to 18 U.S.C. § 3605, our office is requesting that jurisdiction be transferred to EDNY. Additionally, we respectfully request that this case be docketed and assigned to a United States District Judge. We have attached two copies of Probation Form 22, Transfer of Jurisdiction, signed by USDJ Thompson, District of New Jersey.

Should you have any questions or require additional information, please contact the undersigned officer at (347) 534-3452.

Very truly yours,

Lisa Famularo
U.S. Probation Officer